1
2  MICHAEL W. SANFT, ESQ. (8245)
   324 South Third Street, 2nd Floor
3  Las Vegas, Nevada 89101
   (702) 497-8008
4
   Attorney for DYLAN DUBOIS
5
6                      **UNITED STATES DISTRICT COURT**
7                           **DISTRICT OF NEVADA**
8  UNITED STATES OF AMERICA,                2:13-mj-00776-vcf
9           Plaintiff,
10    vs.                                   **STIPULATION TO CONTINUE**
                                            **PRELIMINARY HEARING**
11  DYLAN DUBOIS,                           (First Request)
12           Defendant.
13
14      IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United
15  States Attorney, and Cristina Silva, Assistant United States Attorney, counsel for the United
16  States of America, and Michael W. Sanft, counsel for DYLAN DUBOIS, that the Preliminary
17  Hearing currently scheduled for Thursday, October 23, 2014 at the hour of 4:00 p.m., be vacated
18  and set to a date and time convenient to this Court but no earlier than the change of plea
19  currently scheduled.
20
21      This Stipulation is entered into for the following reasons:
22  1.   Defense counsel has communicated with the Government regarding the trial, current
23  negotiations, and other issues.
24  2.   Out of an abundance of caution due to the extremely serious nature of the charges, the
25  type of evidence involved, and the looming trial date, defense counsel requires more time to
26  review discovery and prepare for Mr. Dubois' defense.
27
28  3.   The defendant is not incarcerated and agrees to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but to allow sufficient time to prepare effectively for Mr. Dubois' defense.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

7. This is the first stipulation to continue filed herein.

DATED this 23rd day of October, 2014.

By: _____/s/_____
MICHAEL W. SANFT
Nevada Bar No. 8245
520 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Dylan Dubois*

By: _____/s/_____
CRISTINA SILVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DYLAN DUBOIS,<br><br>　　　　Defendant. | 2:13-mj-00776-vcf<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

# FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel has communicated with the Government regarding the trial, current negotiations, and other issues.

2. Out of an abundance of caution due to the extremely serious nature of the charges, the type of evidence involved, and the looming trial date, defense counsel requires more time to review discovery and prepare for Mr. Dubois' defense.

3. The defendant is not incarcerated and agrees to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but to allow sufficient time to prepare effectively for Mr. Dubois' defense.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and

3161(h)(7)(B)(iv).

7.  This is the first stipulation to continue filed herein.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A), when the considering 3161(h)(7)(B)(iv). the facts under Title 18, United States Code, §§ 316(h)(7)(B) and

**ORDER**

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for Thursday, October 23, 2014, be vacated and continued to _November 24, 2014_ at the hour of _4:00 p._.m. or to a date and time convenient to the court, but after the change of plea date.

DATED _23rd_ day of _October_, 2014.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate