SEALED

MICHAEL W. SANFT, ESQ. (8245)
324 South Third Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 497-8008
*Attorney for Defendant Dylan Dubois*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 3 1 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN DUBOIS,<br><br>Defendant. | Case No.: 2:14CR00212-001<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Crane Pomerantz, Assistant United States Attorney, counsel for the United States of America, and Michael W. Sanft, counsel for DYLAN DUBOIS, that the sentencing currently scheduled for Wednesday, February 25, 2014 at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this Court but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel started trial on Monday, February 23, 2014 in *United States v. Gregory*, et al, Case Number 2:13-cr-00018-JCM-GWF.

2. That trial is anticipated to take between four and six weeks.

3. The defendant is not incarcerated and agrees to the continuance.

4. The Government has no objection to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but to allow sufficient time to prepare for Mr. Dubois' sentencing.

6. This is the first request for a continuance of the sentencing.

DATED this 24th day of February, 2014.

By: /s/
MICHAEL W. SANFT
Nevada Bar No. 8245
520 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Defendant Dylan Dubois*

By: /s/
CRANE POMERANTZ
Assistant United States Attorney

‌FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN DUBOIS,<br><br>Defendant. | Case No.: 2:14CR00212-001<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel started trial on Monday, February 23, 2014 in *United States v. Gregory*, et al, Case Number 2:13-cr-00018-JCM-GWF.

2. That trial is anticipated to take between four and six weeks.

3. The defendant is not incarcerated and agrees to the continuance.

4. The Government has no objection to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but to allow sufficient time to prepare for Mr. Dubois' sentencing.

6. This is the first request for a continuance of the sentencing.

## ORDER

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for Wednesday,

1  February 25, 2015, be vacated and continued to ___July 1, 2015___ at the hour of _9:00_
2  a.m.
3
            DATED 12 day of June, 2015.
4
5
                                    _____
6                                   UNITED STATES DISTRICT JUDGE